1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E. BERRY,

        Plaintiff,

   v.

STATE OF WASHINGTON, et al.,

        Defendants.

Case No. C10-5078BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 39. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's motion is **DENIED.**

DATED this 2nd day of March, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER