UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH BERRY,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>               Defendants. | CASE NO. C10-5078BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 64. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The parties' cross motions for summary judgment (Dkts. 54 & 55) are **DENIED**.

Dated this 7th day of May, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER